107 F.3d 863
 T.M.L. Company, Daniel S. Root, Reliance National Insurance
Co., Simplified Employment Services, Inc.
v.
Darlene E. Maus, Estate of Jeffrey Maus, Carolina Freight
Carriers Corporation, George William Kush, Jr., Duane E.
Troutman, Rosa L. Webb, Commonwealth of Pennsylvania,
Commonwealth of Pennsylvania, Department of Transportation,
John M. Kashtock, Jr., Doris Jean Hendricks, Michele M.
Weaver, Tammy Bilger, Karen Callahan, Diana Woomer, Dauphin
County Emergency
 NO. 95-7541
 United States Court of Appeals,
Third Circuit.
 Feb 03, 1997
 Appeal From: M.D.Pa. ,No.94cv00067
 
 1
 Reversed.